**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **REBECA MARGARITA GONZALEZ** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Northern District of Texas** |
| | (State) |
| Case Number: | **13-32832-SGJ-13** |

## Form 4100N
# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1:   Mortgage Information

**Name of creditor:**   US BANK TRUST NA

**Court claim no.**   (if known):
6

**Last 4 digits** of any number you use to identify the debtor's account       7   7   2   4

**Property Address:**       1611 WATERVALIET DR DALLAS TX 75224

### Part 2:   Cure Amount

| Total cure disbursements made by the trustee: | | Amount |
|---|---|---|
| a.  Allowed prepetition arrearage: | (a) $ | 8,827.57 |
| b.  Prepetition arrearage paid by the trustee: | (b) $ | 8,827.57 |
| c.  Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | -0- |
| d.  Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | -0- |
| e.  Allowed postpetition arrearage: | (e) $ | 13,221.78 |
| f.  Postpetition arrearage paid by the trustee: | + (f) $ | 13,221.78 |
| g.  **Total.** Add lines b, d, and f. | (g) $ | 22,049.35 |

### Part 3:   Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment       $   1,245.80

The next postpetition payment is due on   08 / 01 / 2018
                                          MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

Debtor 1    **REBECA MARGARITA GONZALEZ**        Case number *(if known)*   **13-32832-SGJ-13**
            Name

---

| **Part 4:** | **A Response Is Required By Bankruptcy Rule 3002.1(g)** |
|---|---|

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

**✗** /s/ Thomas D. Powers            Date   07/02/2018
      Signature

Trustee      Thomas D. Powers

Address      105 Decker Ct
           Suite 1150 11th Floor
           Irving, TX  75062

Contact phone   (214) 855-9200          Email

---

| Debtor 1 | **REBECA MARGARITA GONZALEZ** | Case number *(if known)* **13-32832-SGJ-13** |
|---|---|---|
| | Name | |

# History Of Payments

## Part 2 - b

| Claim ID | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 13 | BANK OF AMERICA NA | Home Mortgage Arrearage | 02/28/2014 | 5918593 | Amounts Disbursed To Cred | 48.82 |
| 13 | BANK OF AMERICA NA | Home Mortgage Arrearage | 03/28/2014 | 5923675 | Amounts Disbursed To Cred | 191.54 |
| 13 | BANK OF AMERICA NA | Home Mortgage Arrearage | 04/25/2014 | 5928237 | Amounts Disbursed To Cred | 191.08 |
| 13 | BANK OF AMERICA NA | Home Mortgage Arrearage | 05/30/2014 | 5932671 | Amounts Disbursed To Cred | 181.30 |
| 13 | BANK OF AMERICA NA | Home Mortgage Arrearage | 06/26/2014 | 5937274 | Amounts Disbursed To Cred | 180.85 |
| 13 | BANK OF AMERICA NA | Home Mortgage Arrearage | 07/25/2014 | 5941360 | Amounts Disbursed To Cred | 180.39 |
| 13 | BANK OF AMERICA NA | Home Mortgage Arrearage | 08/22/2014 | 5945158 | Amounts Disbursed To Cred | 184.62 |
| 13 | BANK OF AMERICA NA | Home Mortgage Arrearage | 09/26/2014 | 5948630 | Amounts Disbursed To Cred | 184.16 |
| 13 | BANK OF AMERICA NA | Home Mortgage Arrearage | 10/24/2014 | 5955429 | Amounts Disbursed To Cred | 185.71 |
| 13 | BANK OF AMERICA NA | Home Mortgage Arrearage | 11/21/2014 | 5958900 | Amounts Disbursed To Cred | 185.24 |
| 13 | BANK OF AMERICA NA | Home Mortgage Arrearage | 12/19/2014 | 5962319 | Amounts Disbursed To Cred | 184.62 |
| 13 | BANK OF AMERICA NA | Home Mortgage Arrearage | 01/23/2015 | 5965554 | Amounts Disbursed To Cred | 184.31 |
| 13 | BANK OF AMERICA NA | Home Mortgage Arrearage | 02/27/2015 | 5968932 | Amounts Disbursed To Cred | 183.84 |
| 13 | BANK OF AMERICA NA | Home Mortgage Arrearage | 03/31/2015 | 5972421 | Amounts Disbursed To Cred | 366.75 |
| 13 | BANK OF AMERICA NA | Home Mortgage Arrearage | 05/22/2015 | 5978777 | Amounts Disbursed To Cred | 167.17 |
| 13 | BANK OF AMERICA NA | Home Mortgage Arrearage | 06/26/2015 | 5981908 | Amounts Disbursed To Cred | 182.44 |
| 13 | BANK OF AMERICA NA | Home Mortgage Arrearage | 07/24/2015 | 5985225 | Amounts Disbursed To Cred | 184.95 |
| 13 | BANK OF AMERICA NA | Home Mortgage Arrearage | 08/28/2015 | 5988272 | Amounts Disbursed To Cred | 184.47 |
| 13 | BANK OF AMERICA NA | Home Mortgage Arrearage | 09/25/2015 | 5991592 | Amounts Disbursed To Cred | 187.94 |
| 13 | BANK OF AMERICA NA | Home Mortgage Arrearage | 10/23/2015 | 5994625 | Amounts Disbursed To Cred | 187.46 |
| 13 | BANK OF AMERICA NA | Home Mortgage Arrearage | 11/20/2015 | 6000010 | Amounts Disbursed To Cred | 178.75 |
| 13 | BANK OF AMERICA NA | Home Mortgage Arrearage | 12/18/2015 | 6002944 | Amounts Disbursed To Cred | 178.29 |
| 13 | BANK OF AMERICA NA | Home Mortgage Arrearage | 01/22/2016 | 6005890 | Amounts Disbursed To Cred | 177.83 |
| 13 | BANK OF AMERICA NA | Home Mortgage Arrearage | 02/26/2016 | 6008945 | Amounts Disbursed To Cred | 177.38 |
| 13 | PROF-2013-S3 LEGAL TITLE 1 | Home Mortgage Arrearage | 03/25/2016 | 6013470 | Amounts Disbursed To Cred | 176.92 |
| 13 | PROF-2013-S3 LEGAL TITLE 1 | Home Mortgage Arrearage | 04/22/2016 | 6016240 | Amounts Disbursed To Cred | 176.46 |
| 13 | PROF-2013-S3 LEGAL TITLE 1 | Home Mortgage Arrearage | 05/27/2016 | 6019019 | Amounts Disbursed To Cred | 176.00 |
| 13 | PROF-2013-S3 LEGAL TITLE 1 | Home Mortgage Arrearage | 06/24/2016 | 6021741 | Amounts Disbursed To Cred | 175.55 |
| 13 | PROF-2013-S3 LEGAL TITLE 1 | Home Mortgage Arrearage | 07/22/2016 | 6024386 | Amounts Disbursed To Cred | 172.60 |
| 13 | PROF-2013-S3 LEGAL TITLE 1 | Home Mortgage Arrearage | 08/26/2016 | 6027089 | Amounts Disbursed To Cred | 172.15 |
| 13 | PROF-2013-S3 LEGAL TITLE 1 | Home Mortgage Arrearage | 09/23/2016 | 6029744 | Amounts Disbursed To Cred | 171.70 |
| 13 | PROF-2013-S3 LEGAL TITLE 1 | Home Mortgage Arrearage | 10/28/2016 | 6032316 | Amounts Disbursed To Cred | 171.25 |
| 13 | PROF-2013-S3 LEGAL TITLE 1 | Home Mortgage Arrearage | 11/18/2016 | 6034718 | Amounts Disbursed To Cred | 171.28 |
| 13 | FAY SERVICING LLC | Cm - Pre Petition Arrears | 05/31/2017 | 6049014 | Amounts Disbursed To Cred | 206.29 |
| 13 | FAY SERVICING LLC | Cm - Pre Petition Arrears | 06/30/2017 | 6051563 | Amounts Disbursed To Cred | 265.33 |
| 13 | FAY SERVICING LLC | Cm - Pre Petition Arrears | 07/28/2017 | 6053822 | Amounts Disbursed To Cred | 264.64 |
| 13 | FAY SERVICING LLC | Cm - Pre Petition Arrears | 08/15/2017 | 6051563 | Cancelled Check/To Principa | -265.33 |
| 13 | FAY SERVICING LLC | Cm - Pre Petition Arrears | 08/29/2017 | 6056151 | Amounts Disbursed To Cred | 529.27 |
| 13 | FAY SERVICING LLC | Cm - Pre Petition Arrears | 09/28/2017 | 6058495 | Amounts Disbursed To Cred | 263.24 |
| 13 | US BANK TRUST NA | Cm - Pre Petition Arrears | 10/27/2017 | 6061864 | Amounts Disbursed To Cred | 262.55 |
| 13 | US BANK TRUST NA | Cm - Pre Petition Arrears | 11/30/2017 | 6064109 | Amounts Disbursed To Cred | 261.86 |
| 13 | US BANK TRUST NA | Cm - Pre Petition Arrears | 12/29/2017 | 6066192 | Amounts Disbursed To Cred | 264.67 |
| 13 | US BANK TRUST NA | Cm - Pre Petition Arrears | 01/26/2018 | 6068167 | Amounts Disbursed To Cred | 263.96 |
| 13 | US BANK TRUST NA | Cm - Pre Petition Arrears | 03/30/2018 | 6072202 | Amounts Disbursed To Cred | 507.27 |
| | | | | | **Total for Part 2 - b:** | **8,827.57** |

## Part 2 - f

| Claim ID | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 64 | PROF-2013-S3 LEGAL TITLE 1 | Cm - Gap Payments | 04/28/2017 | 6047359 | Amounts Disbursed To Cred | 4,537.49 |
| 64 | FAY SERVICING LLC | Cm - Gap Payments | 05/31/2017 | 6049014 | Amounts Disbursed To Cred | 484.43 |
| 65 | PROF-2013-S3 LEGAL TITLE 1 | Cm - Post Petition Arrears | 04/28/2017 | 6047359 | Amounts Disbursed To Cred | 7,408.88 |
| 65 | FAY SERVICING LLC | Cm - Post Petition Arrears | 05/31/2017 | 6049014 | Amounts Disbursed To Cred | 790.98 |
| | | | | | **Total for Part 2 - f:** | **13,221.78** |

Debtor 1   **REBECA MARGARITA GONZALEZ**
         Name

Case number *(if known)*   **13-32832-SGJ-13**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 2nd day of July, 2018.

Attorney:             Leinart Law Firm, 11520 N Central Expressway, Suite 212, Dallas, Tx 75243**

Notice Creditor(s):     Aldridge Pite Llp, 4375 Jutland Drive Ste 200, Po Box 17933, San Diego, Ca 92177-0933**

Bsi Financial Services, 1425 Greenway Dr Ste 400, Irving, Tx 75038

Conn Appliances Inc, Dba Conns Home Plus, Becket And Lee Llp, Po Box 3002, Malvern, Pa 19355

County Of Dallas, Co Linebarger Goggan Blair Et Al, 2777 N Stemmons Fwy Ste 1000, Dallas, Tx 75207**

Mackie Wolf Zientz And Mann Pc, Parkway Office Center Suite 900, 14160 North Dallas Parkway, Dallas, Tx 75254**

Us Bank Trust Na, Co Bsi Financial Services, Po Box 679002, Dallas, Tx 75267-9002

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.